

## IN THE
## TENTH COURT OF APPEALS

### No. 10-16-00037-CV

**JAMES NICHOLS, MELISSA NICHOLS, MARTHA MOORE, AND EDWARD NICHOLS, INDIVIDUALLY AND AS HEIRS OF THE ESTATE OF MELODY NICHOLS,**

                                                    **Appellants**

 **v.**

**STEVE MCKINNEY,**

                                                    **Appellee**

**From the 40th District Court
Ellis County, Texas
Trial Court No. 89372**

## ORDER ON REHEARING

The Motion for Rehearing of Appellee, filed on April 30, 2018, is denied.

PER CURIAM



Before Chief Justice Gray,
        Justice Davis, and
        Judge Towslee Corbett[1]
Motion denied
Order issued and filed August 22, 2018

---

[1] The Honorable Reva Towslee Corbett, Judge of the 335th District Court of Bastrop, Burleson, Lee, and Washington Counties, sitting by assignment of the Chief Justice of the Texas Supreme Court pursuant to section 74.003(h) of the Government Code. *See* TEX. GOV'T CODE ANN. § 74.003(h) (West 2013).